**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 0 6 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Rickie Foy
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

John Doe #1
John Doe #2
John Doe #3
John Doe #4
City of Blue Island
Blue Island Police Department

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

15c3071
Judge Milton I. Shadur
Magistrate Judge Daniel G. Martin
PC 3

(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
      **U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS") ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Rickie Foy

B. List all aliases: Richie Foy; Black Rick

C. Prisoner identification number: K98465

D. Place of present confinement: Centralia Correctional Center

E. Address: P.O. Box 7711, Centralia IL, 62801

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: John Doe #1

Title: Police Officer

Place of Employment: Blue Island Police Department

B. Defendant: John Doe #2

Title: Police Officer

Place of Employment: Blue Island Police Department

C. Defendant: John Doe #3

Title: Police Officer

Place of Employment: Blue Island Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

II. Defendant(s):

D. Defendant: John Doe #4

   Title: Police Officer

   Place of Employment: Blue Island Police Department

E. Defendant: City of Blue Island

   Title:

   Place of Employment:

F. Defendant: Blue Island Police Department

   Title:

   Place of Employment:

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On May 17th, 2013 the City of Blue Island and the Blue Island Police Department, along with its fellow officers, practiced misconduct when they allowed, used, and condoned in the act of brutal excessive force while apprehending me.

2. After i was found hiding in an enclosed porch, two houses west of 2625 New Street, is when the misconduct began.

3. As i was discovered by the canine unit, an officer in the next yard pointed his gun at me and told me to "Freeze."

4. Naturally i put both my hands in the air, then continued to lay there flat on my back expecting to just be handcuffed and taken off to jail. So i waited as John Doe #1 came into the enclosed porch with me with John Doe #2 closely behind him.

5. As John Doe #2 approached me, John Doe #1 shot me with the tazer gun he had pointing at me, and in that same instant, John Doe #2 began kicking me in my ribs and stomach.

6. As i was being kicked and punched on, i felt the shock of the electricity shooting through my body. I then balled up on my side trying to protect myself the best way i could.

7. The next thing i knew, there was another

John Doe #3, officer, in the enclosed area putting my hands behind my back to handcuff them. 8. As John Doe #3 was doing that, John Doe #1 shot more electricity through my body, while John Doe #2 stood there with his knee pressing down on the side of my face. 9. The second shock made me scream out in pain, making my fiancée also scream out from the front yard in pain also. That was when they got off me and stood me to my feet. 10. John Doe #3 walked me from the enclosed porch to the front. On our way he kept pushing me into things like gates and the sides of houses. When we got to the front my fiancée was being held back from coming my way with automatic weapons, and as i was being put into the back of the squad car, John Doe #4 punched my in my face and told me "Welcome to Blue Island..." 11. The ride to the police station consisted of the driver making abrupt stops so my head could continuously bang against the glass seperating the front and the back seat. 12. Then once at the police station, i was walked all the way to booking in some type of thumb-lock that had me hunched over while hearing them taunt me. ("what's wrong?" "That doesn't hurt, does it?") 13. I believe the misconduct continued when i had to go to the hospital for me being tazed. I say that because i asked the doctors to check My head for internal bleeding but was refused

## IV. Statement of Claim:

14. that medical attention." I asked Officer Rodriguez what that was all about, and he told me he didn't know. But once i was returned to the police station, i stayed there from May 17th, 2013 to May 21st, 2013, more than the 72 hrs that i needed to see a judge.

15. As a result of this unfortunate and intentional misconduct, one of my permanent teeth has been knocked out causing permanent disfigurement. My feeling of safety and protection by law enforcement officials has been shattered. My mental understanding will be and still is corrupted as to why i personally could be subjected to so much hate. My family is scarred from emotional repercussions as well, considering how they use to believe the police are to protect instead of hate you. And also my State and Federal Constitutional rights have been violated.

V.   **Relief:**

   State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

```
That the Court grants Plaintiff whatsoever relief deemed appropriate,
including compensatory and punitive damages for the past and present pain,
suffering, mental anguish, emotional distress, and deprivation of State
and Federal Constitutional rights that Plaintiff has sustained and
continues to sustain.  Plaintiff also requests the Court to award him
costs and reasonable attorneys' fees for this action.
```

VI.   The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _1st_ day of _April_, 20_15_

_Rickie Foy_
(Signature of plaintiff or plaintiffs)

_Rickie Foy_
(Print name)

_K98465_
(I.D. Number)

_Centralia Correctional Center_
_P.O. Box 711_
_Centralia, IL 62801_
(Address)