## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**Rickie Foy**
        Plaintiff(s),

vs.

**John Doe, et al.**
        Defendant(s),

Case No.: **15 CV 3071**

**AFFIDAVIT OF SERVICE**

I, **Christopher Gornik**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Letter Dated April 23, 2015, Summons in a Civil Case and Complaint Under the Civil Rights Act, Title 42 Section 1983 U.S. Code**

Defendant to be served: **Blue Island Police Department**

Address where served: **13051 Greenwood Avenue, Blue Island, IL 60406**

On **April 24, 2015** at **12:42 PM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Barbara Nagel**, (Title) **Clerk**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Female** - Race: **White** - Hair: **Brown** - Approx. Age: **50-55** - Height: **5'5"** - Weight: **100**

Comments: Signature obtained on field sheet.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

x _____
Christopher Gornik

State of _Illinois_
County of _Cook_

Subscribed and Sworn to before me on this _28_ day of _April_, 20_15_

Signature of Notary Public

AMANDA OLSZEWSKI
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 20, 2016

Job: 292991
File: