IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICKIE FOY (K-98465), | ) |
| Plaintiff, | ) |
| v. | ) Case No: 15 C 3071 |
| JOHN DOE #1, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

When a newly-filed 42 U.S.C. § 1983 ("Section 1983") action, brought pro se by prisoner plaintiff Rickie Foy ("Foy"), was assigned to this Court's calendar, it promptly followed its regular practice of conducting the threshold screening called for by 28 U.S.C. § 1915A(a).[1] Because that initial review revealed Foy's claims to be both viable and "plausible" within the meaning of the Twombly-Iqbal canon, this Court issued a brief April 14, 2015 memorandum order ("Order") that allowed the action to go forward, granted Foy's request for in forma pauperis ("IFP") treatment provisionally and also granted his motion for attorney representation.

Now Foy's counsel has complied with the portion of the Order that called for complete input as to the transactions in Foy's prisoner trust fund account from each of the institutions where he had been held in custody during the six-month period that preceded his filing suit[2] -- in this instance the Cook County Department of Corrections ("County Jail"), Stateville Correctional Center and Centralia Correctional Center ("Centralia," where he is now in custody). Those trust

---

[1] All further references to Title 28 provisions will take the form "Section --," omitting the prefatory "28 U.S.C."

[2] April 2, 2015 was the date of "filing" of Foy's papers under the "mailbox rule" (Houston v. Lack, 487 U.S. 266 (1988)).

fund account printouts reflect an average monthly deposit during that six-month period of $85.62 (Section 1915(b)(1)), 20% of which (id.) is $17.12.  Accordingly Foy is assessed an initial partial filing fee of $17.12 plus 20% of any additional deposits made to Foy's account after April 2, 2015, and the Centralia trust fund officer is ordered to collect that amount from Foy's trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):

>Office of the Clerk
>United States District Court
>219 South Dearborn Street
>Chicago IL 60604
>
>Attention:  Fiscal Department

After such payment the trust fund officer at Centralia (or at any other correctional facility where Foy may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account.  Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid.  Both the initial payment and all future payments shall clearly identify Foy's name and the 15 C 3071 case number assigned to this action.  To implement these requirements, the Clerk shall send a copy of this order to the Centralia trust fund officer.

_____
Milton I. Shadur
Senior United States District Judge

Date:  May 19, 2015